535

*L. Kern* and *S. Lasker Ehrman* for appellants. *Mr. S. S. Hargraves* for appellee.

No. 154. CONNECTICUT GENERAL LIFE INSURANCE CO. *v.* JOHNSON, TREASURER. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented federal question. *Home for Incurables* v. *City of New York,* 187 U. S. 155, 158; *Henkel* v. *Cincinnati,* 177 U. S. 170; *Seaboard Air Line Ry.* v. *Duvall,* 225 U. S. 477, 481; *Fullerton* v. *Texas,* 196 U. S. 192, 193–194. *Mr. Raymond Benjamin* for appellant. *Mr. U. S. Webb* for appellee.

No. 163. JOHNSON *v.* WASHINGTON. Jurisdictional statement submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *St. Louis & San Francisco R. Co.* v. *Shepherd,* 240 U. S. 240, 241. *Messrs. Walter Schaffner* and *Stiles W. Burr* for appellant. No appearance for appellee.